## ORDER

PER CURIAM.

Keith Meiners appeals his conviction for murder in the second degree for beating James Willman to death; he was sentenced to 25 years of imprisonment. Meiners claims plain error stemming from an objection sustained to his own closing argument and misstatements of the evidence in the State's rebuttal argument and plain error in the admission of the investigating officer's testimony about a surveillance video. We affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).

Before: ROBERT M. CLAYTON III, C.J., GARY M. GAERTNER, JR., J., and MIKE GREENWELL, S.J.

## *ORDER*

PER CURIAM.

Clint Richards (Richards) appeals the trial court's summary judgment in favor of Lititz Mutual Insurance Company on Richards' claim to collect liability insurance for an injury he sustained. We have reviewed the briefs of the parties and the record on appeal, and we conclude an extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The decision is affirmed. Mo. R. Civ. P. 84.16(b) (2013).

■

**Clint RICHARDS, Appellant,**

v.

**LITITZ MUTUAL INSURANCE COMPANY, Respondent.**

**No. ED 100278.**

Missouri Court of Appeals,
Eastern District,
Division Five.

May 13, 2014.

■

**STATE of Missouri, Respondent,**

v.

**Anthony MACK, Defendant/Appellant.**

**No. ED 100329.**

Missouri Court of Appeals,
Eastern District,
Division Three.

May 13, 2014.

Erika Renee Eliason Missouri Public Defender Office, Columbia, MO, for appellant.

Chris Koster, Attorney General, Andrew C. Hooper, Assistant Attorney General, Jefferson City, MO, for respondent.